# SEALED

AO 442 (Rev. 11/11) Arrest Warrant

## UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| United States of America<br>v.<br>**NESTOR LOPEZ**<br><br>*Defendant* | Case No. SA:20-CR-00543-(16)-OLG |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* __NESTOR LOPEZ__,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

COUNT 1: 21/846, 841(a)(1) & 841(b)(1)(A); Conspiracy to Possess with intent to Distribute (Methamphetamine).
COUNT 2: 21/846, 841(a)(1) & 841(b)(1)(A); Conspiracy to Possess with intent to Distribute (Cocaine).
COUNT 10: 21/841(a)(l) & 841(b)(l)(A), 18 U.S.C. § 2; Possession with intent to Distribute (Methamphetamine), and Aiding and Abetting.
COUNT 14: 18/1956(a)(2)(B)(i) and 1956(h); Conspiracy to Launder Monetary Instruments.

Date: 01/20/2021

*Issuing officer's signature*

City and state: San Antonio, Texas

Rosanne Garza, Deputy Clerk
*Printed name and title*

---

| Return | |
|---|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____.<br><br>Date: _____ | *Arresting officer's signature*<br><br>*Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: _____

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____  Weight: _____

Sex: _____  Race: _____

Hair: _____  Eyes: _____

Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: _____

Complete description of auto: _____

Investigative agency and address: _____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____