FILED

AUG − 3 2021

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

United States District Court
Western District of Texas
San Antonio Division

United States of America,
    Plaintiff,

v.

No. SA-__MJp__ 20-CR-543-OLG-16

__Neston Lopez__,
    Defendant.

**Advisory to the Court Concerning the Order Regarding the Resumption of Criminal Jury Trials**

    In accordance with the Court's Order Regarding the Resumption of Criminal Jury Trials dated April 29, 2021, the parties today conferred regarding the status of the above-captioned case and herein advise the Court as follows:

- ☐ The parties anticipate that the case will be resolved by plea.
- ☐ A trial will be necessary to resolve this case.
- ☒ Defendant requests a continuance of __12__ weeks.

*For those cases to be resolved by plea:*

- The parties request a plea hearing date be set by the Court the week of: _____

*For those cases where a trial will be necessary:*

- Number of defendants pending trial: _____
- Estimated length of trial (in days): _____
- The parties request a: bench trial / jury trial
- The parties consent to jury selection before a United States Magistrate Judge.  yes / no / N/A
- Date by which the parties reasonably expect to be ready to proceed to trial: _____

*Additional notes (if any):*
_____
_____

**ACKNOWLEDGED AND AGREED:**

_Alan Brown_ , Attorney for Defendant      8-3-2021  Date

_Adrian Rosales_ , Assistant United States Attorney      8/3/2021  Date