UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | NO. 5:20-cr-00543(2)-OLG |
| | § | |
| FAUSTINO CAMPOS NAJERA | § | |

**DEFENDANT'S UNOPPOSED MOTION FOR CONTINUANCE**

TO THE HONORABLE ORLANDO L. GARCIA, CHIEF DISTRICT JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS:

Defendant, Faustino Campos Najera, by and through his counsel, moves the Court to continue the above cause upon the following grounds:

1. This cause is presently set for trial on January 24, 2022.

2. Counsel is in the process of reviewing discovery and negotiating plea terms.

3. This motion for continuance filed by the Defendant is not made for purposes of delay, but so that justice may be done.

WHEREFORE, PREMISES CONSIDERED, the Defendant prays that the above cause be reset for trial.

Respectfully submitted,

/s/ FRANK A. MENCHACA
629 S. Presa
San Antonio, Texas 78210
(210) 227-6305
Fax: (210) 479-0732
State Bar Number: 00795788
*Attorney for Faustino Campos Najera*

### CERTIFICATE OF CONFERENCE

I hereby certify that on the 4th day of January, 2022, I attempted to confer with AUSA, Adrian Rosales, and he is unopposed to this continuance.

/s/ Frank A. Menchaca
Attorney for Faustino Campos Najera

### CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of January, 2022, I electronically filed the foregoing Defendant's Unopposed Motion for Continuance and Extension of Deadlines with the Clerk of the Court using the CM/ECF system which will give notification of such filing to the following:

Adrian Rosales
Assistant United States Attorney
601 N. W. Loop 410, Suite 600
San Antonio, Texas 78216

/s/ Frank A. Menchaca
*Attorney for Faustino Campos Najera*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | NO. 5:20-cr-00543(2)-OLG |
| | § | |
| FAUSTINO CAMPOS NAJERA | § | |

# **O R D E R**

On this day came on to be considered Defendant's Unopposed Motion for Continuance.  The Court, having considered the motion and noting that the Government does not oppose a continuance, is of the opinion that the continuance should be and hereby is GRANTED.    IT IS FURTHER ORDERED that the above entitled and numbered cause is continued until the _____ day of _____, 2022.  So ORDERED and ENTERED on this the _____ day of January, 2022.

_____
ORLANDO L. GARCIA
Chief United States District Judge