# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>**Plaintiff,** )<br>)<br>**V.** )<br>)<br>**FAUSTINO CAMPOS NAJERA (2),** )<br>**GENARO ORTIZ, also known as** )<br>**"CARITA", (3),** )<br>**VICENTE RIVERA CENICEROS (4),** )<br>**GUILLERMO BERMUDEZ OLIVARES (5),** )<br>**RAFAEL PALACIOS SANCHEZ (7),** )<br>**HERIBERTO DE LA GARZA** )<br>**SAUCEDO (8),** )<br>**SALVADOR ELI LOZANO** )<br>**ALVARADO (10),** )<br>**JOSE LUIS NAJERA, also known as** )<br>**"CHEPE" (11),** )<br>**SERGIO IVAN CUELLAR, also known as** )<br>**"CHECO" (13),** )<br>**GERARDO SOTO GOMEZ (14),** )<br>**HOMERO DE LA GARZA (15), and** )<br>**NESTOR LOPEZ (16),** )<br>)<br>**Defendants.** ) | **CRIMINAL NO. SA-20-CR-00543-OLG** |

## GOVERNMENT'S NOTICE OF SUBSTITUTION OF COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the United States of America, by and through the undersigned counsel, and hereby gives notice that Assistant United States Attorney Mary Nelda G. Valadez is now assigned to represent the United States in the above-captioned case on all matters involving forfeiture proceedings. Therefore, it is requested that Assistant United States Attorney Mary Nelda G. Valadez be added to the docket in the instant cause.   Please remove Fidel Esparza III as counsel for the government in this case.

Respectfully submitted,

ASHLEY C. HOFF
UNITED STATES ATTORNEY

By:      /s/
MARY NELDA G. VALADEZ
Assistant United States Attorney
Asset Forfeiture Section
601 NW Loop 410, Suite 600
San Antonio, Texas 78216
Tel: 210-384-7040
Fax: 210-384-7045
Texas Bar No. 20421844
Email: mary.nelda.valadez@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2022, the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF System, will transmit notification of such filing to the following CM/ECF participants:

**Frank A. Menchaca**
Law Office of Frank A. Menchaca
629 S. Presa
San Antonio, TX 78210
Email: frankmenchaca@yahoo.com
*Attorney for Defendant Faustino Campos Najera (2)*

**Monica Elaine Guerrero**
Law Office of Monica E. Guerrero
5150 Broadway - Ste 114
San Antonio, TX 78209
Email: monicagrrr777@gmail.com
*Attorney for Defendant Genaro Ortiz (3)*

**Albert A. Flores**
The Law Office of Albert A. Flores
3817 San Pedro
San Antonio, TX 78212
Email: attyflores@aol.com
*Attorney for Defendant Vicente Rivera Ceniceros (4)*

**Natasha Ann Torres**
Law Office of Natasha A. Torres
1507 North Saint Mary's Street
San Antonio, TX 78215
Email: natasha.torres.law@gmail.com
*Attorney for Defendant Guillermo Bermudez Olivares (5)*

**Albert M. Gutierrez**
Person, Mohrer, Morales, Boddy,
Garcia & Gutierrez, PLLC
8610 Broadway
Suite 440
San Antonio, TX 78217
Email: amg@pmbglaw.com
*Attorney for Defendant Rafael Palacios Sanchez (7)*

**Christopher L. Alonso**
Alonso & Alonso Attorneys at Law
PLLC
8026 Vantage Drive, Suite 100
San Antonio, TX 78230
Email: chris@abogadaalonso.com
*Attorney for Defendant Heriberto De La Garza Saucedo (8)*

**Armando G. Martinez**
Law Office of Armando G. Martinez
526 E. Nueva
San Antonio, TX 78205
Email: Armando@AMartinezlawoffice.com
*Attorney for Defendant Salvador Eli Lozano Alvarado (10)*

**Sostenes Mireles, II**
The Law Office of Sostenes Mireles II,
PLLC
PO Box 1364
Del Rio, TX 78841
Email: mireleslawoffice@gmail.com
*Attorney for Defendant Jose Luis Najera (11)*

**Damisela Chavira Brown**
The Law Offices of Chavira Brown,
PLLC
718 N Cherry
San Antonio, TX 78202
Email: damisela@chavirabrownlaw.com
*Attorney for Defendant Sergio Ivan Cuellar (13)*

**Michael M. Machado**
Valdez & Trevio, Attorneys at Law, PC
Callaghan Tower
8023 Vantage Drive
7th Floor
San Antonio, TX 78230
Email: mmachado@valdeztrevino.com
*Attorney for Defendant Gerardo Soto Gomez (14)*

**Neil Calfas**
Calfas Law Group, PLLC
Tower Life Building
310 S St Mary's Street
24th Floor
San Antonio, TX 78205
Email: defendingu@aol.com
*Attorney for Defendant Homero De La Garza (15)*

**Alan Brown**
Attorney at Law
222 Main Plaza
San Antonio, TX 78205
Email: Alan@alanbrownlawoffices.com
*Attorney for Defendant Nestor Lopez (16)*

/s/
MARY NELDA G. VALADEZ
Assistant United States Attorney